## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## Judge Christine M. Arguello

Civil Action No. 16-cv-00341-CMA-NYW

ESTES EXPRESS LINES,

Plaintiff,

v.

GOLDEN RAILING, INC.,

    Defendant.

---

## ORDER OF DISMISSAL WITHOUT PREJUDICE

---

    Pursuant to the Notice of Voluntary Dismissal Pursuant to Fed.R.Civ.P. 41(a) (Doc. # 10), it is

    ORDERED that this case is DISMISSED WITHOUT PREJUDICE, each party to pay its own attorney fees and costs.

    DATED: March 7, 2016

                                       BY THE COURT:

                                       _____
                                       CHRISTINE M. ARGUELLO
                                       United States District Court Judge